

# NUMBERS 13-20-00048-CR; 13-20-00049-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE EDWARD OCHOA

**On appeal from the 275th District Court
of Hidalgo County, Texas.**

## SUPPLEMENTAL ORDER OF ABATEMENT

**Before Justices Benavides, Longoria, and Tijerina
Order Per Curiam**

On April 6, 2020, the Court issued orders abating these appeals, and the trial court was ordered to enter a certification of the appellant's right to appeal and determine: (1) whether appellant has been denied effective assistance of counsel, and (2) whether appellant is indigent and entitled to court-appointed counsel. The trial court was provided sixty days to submit a supplemental record containing the certification and findings to the clerk of the court.

On August 26, 2020, the Court received a supplemental record containing a trial

certification; however, the certification was not signed by appellant. On October 2, 2020, the Clerk of the Court notified the trial court that an amended certification was past due. On November 18, 2020, the Clerk of the Court sent notice to the Honorable Marla Cuellar, Judge of the 275th District Court, that a supplemental record containing her findings of fact and conclusions of law was past due.

The Honorable Marla Cuellar is hereby ORDERED to cause her findings related to the Court's April 6, 2020 order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of ten days from the date of this order. The Honorable Marla Cuellar is further ORDERED to cause an amended trial court certification to be included in the supplemental clerk's record, or to include findings of the efforts she and/or the trial court clerk has made to obtain such a document.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of December, 2020.

2